

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2025

No. 04-24-00393-CV

**IN RE** Ernesto **CORDERO**, Relator

Original Proceeding[1]

### ORDER

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Lori I. Valenzuela, Justice

On June 7, 2024, relator Ernesto Cordero filed a petition for writ of mandamus. On September 11, 2024, we issued a memorandum opinion denying relator's petition for writ of mandamus. Relator moved for rehearing. We GRANT relator's motion for rehearing and WITHDRAW our memorandum opinion of September 11, 2024.

After reconsidering relator's petition, the court concludes relator has not demonstrated that he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 16, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2023-CI-26915, styled *In the Matter of the Marriage of Lori Fine and Ernesto Cordero and In the Interest of V.F., a child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Christine Vasquez-Hortick presiding.